IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kirch Industrial Co. (U.S.A.) Ltd., <br><br> Plaintiff, <br><br> v. <br><br><br> Urban Outfitters, Inc. <br><br> Defendant. | Civil Action No. _____ <br><br><br> COMPLAINT |

Plaintiff, Kirch Industrial Co. (U.S.A.) Ltd., for its complaint against Urban Outfitters, Inc., hereby alleges as follows:

## PARTIES

1.  Kirch Industrial Co. (U.S.A.) Ltd., is a corporation organized and existing under the laws of the State of New York having a principal place of business at 1966A Broadhollow Road, Farmingdale, NY 11735 (hereinafter "Kirch").

2.  Upon information and belief, Urban Outfitters, Inc., is a corporation organized and existing under the laws of the State of Delaware having its principal place of business at 5000 South Broad Street, Philadelphia, Pennsylvania, 19112 (hereinafter "Urban Outfitters").

## JURISDICTION AND VENUE

3.  This action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

4.  This Court has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §§1331 and 1338(a).

5. This Court has personal jurisdiction over Urban Outfitters based upon its contacts with this forum, including offering to sell and/or selling products into the Commonwealth of Massachusetts.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. §§1391(b) and 1400(b).

## COUNT I - PATENT INFRINGEMENT - U.S. PATENT NO. D621,725

7. Kirch re-alleges each and every allegation set forth in Paragraphs 1 through 6 as if fully alleged herein.

8. Kirch is the owner of U.S. Patent No. D621,725 that issued on August 17, 2010 (hereinafter the "'725 Patent"). A copy of the '725 Patent is attached hereto as Exhibit A.

9. The '725 Patent is valid and enforceable.

10. Upon information and belief, Urban Outfitters advertises, offers to sell, and sells a product shown in Exhibit B attached hereto (hereinafter the "Product") thru its online retail store throughout the United States, including the Commonwealth of Massachusetts.

11. Upon information and belief, CYI, Inc. supplies the Product to Urban Outfitters.

12. Kirch sent a letter dated November 1, 2011, to Urban Outfitters by certified mail, return receipt requested, asserting that Urban's Outfitters' sale of the Product infringed the '725 Patent and requesting that it stop selling the Product. A copy of the letter dated November 1, 2011 is attached hereto as Exhibit C.

13. Urban Outfitters' import, manufacture, use, offer for sale, and/or sale of the Product infringes the '725 Patent under 35 U.S.C. §271.

14. Despite being put on notice of the infringement, Urban Outfitters continues to market and sell the Product.

15.     Upon information and belief, Urban Outfitters had and continues to have no reasonable basis for believing that the '725 Patent is invalid and/or unenforceable.

16.     Urban Outfitters' infringement of the '725 Patent was and continues to be willfully committed.

17.     Urban Outfitters' infringement of the '725 Patent has caused and continues to cause Kirch irreparable harm.

18.     Urban Outfitters' infringement of the '725 Patent has caused and continues to cause Kirch monetary damage.

## REQUESTED RELIEF

Kirch requests this Court to enter judgment in its favor on the above count and grant it the following relief:

A.     That Urban Outfitters be preliminary enjoined from making, importing, using, offering for sale, and/or selling the Product and/or any other product that infringes U.S. Patent No. D621,725;

B.     That Urban Outfitters be permanently enjoined from making, importing, using, offering for sale, and/or selling the Product and/or any other product that infringes U.S. Patent No. D621,725;

C.     That Urban Outfitters provide an accounting of the existing inventory of the Product and/or any other product that infringes U.S. Patent No. D621,725;

D.     That Urban Outfitters provide a list of customers who purchased and/or received the Product from Urban Outfitters and/or any other product that infringes U.S. Patent No. D621,725;

    E.    That Urban Outfitters recall the Product from any customer who purchased and/or received the product from Urban Outfitters and/or any other product that infringes U.S. Patent No. D621,725;

    F.    That Urban Outfitters provide the name of any company that manufactured and/or supplied the Product for Urban Outfitters and/or any other product that infringes U.S. Patent No. D621,725;

    G.    That Urban Outfitters pay Kirch damages as may be proved at trial, including the profits realized by Urban Outfitters as a result of selling the Product, and in no event less than a reasonable royalty;

    H.    That Kirch be awarded treble damages;

    I.    That Kirch be awarded interest on damages;

    J.    That Kirch be awarded its reasonable attorney fees and costs; and

    K.    Such other relief as this Court deems equitable and just.

## REQUEST FOR A JURY TRIAL

Kirch requests a jury on all issues triable by a jury.

Respectfully submitted,

Kirch Industrial Co. (U.S.A.) Ltd.

By its Attorney,

/s/ *Steven N. Fox*

Dated: 02-23-2012

Steven N. Fox (BBO #554692)
62 South Main Street
Sharon, MA 02067
(781) 821-8920
E-Mail: sfox@foxpatent.com