Case 1:12-cv-10349-WGY Document 1-4 Filed 02/23/12 Page 1 of 2

EXHIBIT D

Free Shipping on Orders Over $50! *Details

Order Status | Sign-In | Shopping Bag

# URBAN OUTFITTERS

Women's | Men's | Apartment | Community | Sale | Search





**Melting Clock**
Online Only
**$20.00**

Overall Rating

Read Reviews (14)   Write a review

**COLORS:**

SIZE: ONE SIZE   QUANTITY: 1
Check Availability

**Add to Bag**

**Free Returns!**
& Free Shipping on Orders Over $50

○ Add to Wishlist
✉ Send to a Friend
🐦 Tweet  4
f Like  Confirm  44

**Check These Out, Too...**

     

| Reviews | Product Details | Ask & Answer | Social |

Overall Rating 
Based on 14 reviews.

**Reviewer Photos**     

**WRITE A REVIEW**

Choose a sort order



**MarinaL**
Age: **Under 18**
Gender: **Female**

**neat!**
SEPTEMBER 24, 2011

The clock looks really neat, but there are a few things that the buyer should know. It's quite plastic-y, and that may bother some people. Also, if you decide to place it in your room, the ticking is definitely there. It's not loud-loud but subtle enough for some to not be able to sleep. You have to make sure the surface it's placed on has a square edge, it falls right off any rounded edge. It's stable though, i promise! Last but not least, check the dimensions because I didn't and when it arrived it was a little smaller than i expected! Overall, only the ticking drove me mad!

The clock is so surreal and I love it to death! Here's a picture:

**MY PHOTOS**



**13** of **13** voted this as helpful

Was this helpful?  Yes     Report
                    No

   

★★★★☆
**Ina650**

Location: **San Diego, Ca**
Age: **18-24**
Gender: **Female**

### Looks super cute
SEPTEMBER 6, 2011

For the price, I think it;s pretty worth it! It works, and looks great with my Alice in Wonderland theme. Battery not included! Just make sure you clean it every now and then can get dusty quick too.

**1** of **1** voted this as helpful.

Was this helpful? Yes       **Report**
No



---

★★★★★
**k82011**

Age: **25-34**
Gender: **Female**

### So Cool!
AUGUST 23, 2011

I love this clock! It is so unique! I wish it were of better quality, but it works and looks nice.

**1** of **1** voted this as helpful.

Was this helpful? Yes       **Report**
No

---

★★★☆☆
**Elizabeth13**

Location: **Sanford, FL**

### Cool looking, but kinda disappointing.
AUGUST 20, 2011

★ Top 250 Contributor

I'm a huge art nerd and Dali fan so I knew when I saw this I immediately had to have it. When it arrived, I was surprised by how light it was. I removed the plastic coverings on top of the face of the clock easily. It wasn't until a little later that I noticed they had left residue on the face - very visible and annoying. I still haven't figured out how to get it off. Also, the clock only hangs on straight edge ledges -if you have a desk or table that is curved or carved differently - it won't work out.
Other than that, the clock is great, but it seems pretty cheap (hey, it's only $20).

**8** of **8** voted this as helpful.

Was this helpful? Yes       **Report**
No



---

Printable Reviews                                   **1**  2  3  4  next

---

**Brands**   **UO Catalog**
**Daily Updates**   **Gift Cards**
**UO Radio**
**URBN.com**

🇺🇸 **Change Region**   **Store Locations**   **Sitemap**   **Help!**
**Work at Urban Outfitters**   **Privacy Policy**   **Terms of Use**
© 2011 Urban Outfitters Direct. All Rights Reserved.
1.800.282.2200

VeriSign Trusted VERIFY
ABOUT SSL CERTIFICATES

